**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2038*

August 31, 2026

Via ECF
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *Lima Miranda v. Mullin, et al.*, No. 26-cv-11129 (MCA)**
**Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. Pursuant to the August 28, 2026 Order, ECF 2, we respectfully write to report that U.S. Immigration and Customs Enforcement has informed this Office that Petitioner was released from Delaney Hall Detention Facility at 7:10 p.m. on August 28, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/Frances Bajada
FRANCES BAJADA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (via ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/31/26